In the Matter of STRAND BILLIARD ACADEMY, INC., Appellant, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.

Argued May 14, 1945; decided June 14, 1945.

*Jacob Goldsmith* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Richard L. Baltimore, Jr.,* and *James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.